# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00176-CV

**Anthony Leo Sheridan, Appellant**

**v.**

**The Office of the Attorney General, Appellee**

## FROM COUNTY COURT AT LAW NO. 4, WILLIAMSON COUNTY, NO. 12-0872-FC2[1]

## M E M O R A N D U M   O P I N I O N

Anthony Leo Sheridan appeals the trial court's order adjudicating him in contempt for failure to pay court-ordered child support. Generally, a contempt order is reviewable only by a petition for writ of habeas corpus (if the person in contempt is confined) or a petition for writ of mandamus (if no confinement is involved). *Hutchins v. State*, No. 12-09-00258-CV, 2010 Tex. App. LEXIS 6649, at *3 (Tex. App.—Tyler Aug. 18, 2010, no pet.) (mem. op.) (citing *In re Henry*, 154 S.W.3d 594, 596 (Tex. 2005); *Cadle Co. v. Lobingier*, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied) (citing *In re Long*, 984 S.W.2d 623, 625 (Tex. 1999) (orig. proceeding))). Appellate courts do not have jurisdiction to review contempt orders on direct appeal.

---

[1] This appeal challenges an order rendered June 10, 2011, in the 126th Judicial District Court of Travis County, the Honorable Lora Livingston, Judge Presiding. The case was subsequently transferred to Williamson County.

*Texas Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983). Accordingly, we dismiss this appeal for want of jurisdiction.[2]

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: November 14, 2014

---

[2] Sheridan has filed an application for writ of habeas corpus, *In re Sheridan*, No. 03-14-00589-CV, which we grant in an opinion issued this same date.